138

Argued July 26, affirmed July 26, 1972
## STATE OF OREGON, *Respondent, v.*
## KELLY DONALD GOSS (No. 13-150), *Appellant.*
498 P2d 835

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

Affirmed from the bench.